

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-12-00582-CV

**ESTATE OF** Ellen Jane **HENDERSON**, Deceased

From the County Court at Law No. 1, Guadalupe County, Texas
Trial Court No. 2012-PC-0125
Honorable Linda Z. Jones, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  November 7, 2012

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant Margaret Jean Fischer, who is pro se, filed a motion to dismiss this appeal.  We

grant the motion.  *See* TEX. R. APP. P. 42.1(a)(1).  We order all costs assessed against appellant.

*See* TEX. R. APP. P. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM